MARY G. LEE, as Administratrix, Appellant, *v.* ANN KENNEDY, Respondent.

(City Court of New York, General Term, February, 1897.)

**Trusts — Evidence.**

Upon an issue as to whether certain moneys were deposited by defendant as an absolute trust for another, or whether the deposit was coupled with a condition, evidence showing by whom and under what circumstances the deposit was made and upon what condition the fund was to become the property of such other person is admissible.

APPEAL from judgment in favor of the defendant, entered upon a verdict.

Johnston & Johnston, for appellant.

Charles J. Patterson, for respondent.

FITZSIMONS, J. In our opinion the trial justice was right in his statement to the jury (contained in his charge), that the real question in this case "is whether the money conceded to have been deposited by the defendant was deposited as an absolute trust for Annie T. Lee, or whether its deposit was coupled with a condition."

Upon that issue it was proper for the trial justice to have admitted evidence on the defendant's behalf, showing by whom and under what circumstances said fund was deposited.

It was also proper for the defendant to show upon what condition the said fund was to become the property of Annie T. Lee, and only upon the happening of such a condition would she have had a vested right or interest therein.

As the jury evidently believed the conditions attached to the deposit of the money never happened, therefore she never had any property or interest therein, and certainly the plaintiff as her administratrix stands in no better position.

From an examination of the record, we think that the verdict of the jury upon the question of fact submitted to them was just and right.

We find no error in the appeal record and the judgment must be affirmed, with costs.

McCarthy, J., concurs.

Judgment affirmed, with costs.